IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERESA LYNN FIELDS                                                PLAINTIFF

vs.                         Civil No. 4:10-CV-04043

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                    DEFENDANT

### O R D E R

Now on this 12th day of May 2011, comes on for consideration the Report and Recommendations dated April 14, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby **adopts the Report and Recommendation in its entirety; reverses the decision of the Commissioner, and remands this case to the Commissioner** for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) (2006).

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B),(d)(2)(G).

    IT IS SO ORDERED this 12th day of May 2011.

                                      */s/ Paul K. Holmes, III*
                                      **Paul K. Holmes, III**
                                      **United States District Judge**