IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERESA LYNN FIELDS                                                                           PLAINTIFF

vs.                                         Civil No. 4:10-cv-04043

MICHAEL J. ASTRUE                                                                          DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on November 8, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 14).  Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**.  Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

The Court, being well and sufficiently advised in this matter, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court finds that counsel is entitled to compensation under the EAJA in the amount of $4,930.50.  This award represents 28.50 attorney hours at an hourly rate of $173.00.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

**IT IS SO ORDERED, this 19th day of December, 2011.**

*s/P. K. Holmes, III*
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE